UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| BERNADETTA KLIMASZEWSKA,<br><br>                                Plaintiff,<br>v.<br><br>TARGET CORPORATION,<br><br>                                Defendant. | **ORDER ADOPTING REPORT<br>AND RECOMMENDATION**<br><br>21-CV-374 (LDH)(LB) |

LaSHANN DeARCY HALL, United States District Judge:

On June 4, 2021, United States Magistrate Judge Lois Bloom issued a Report and Recommendation recommending that the Court grant Plaintiff's motion to remand this action to state court, deny Plaintiff's motion for attorney's fees and costs, and deny Defendant's motion for sanctions. The parties were given until June 18, 2021 to file objections to the Report and Recommendation. No objections were filed. Where no objections to a Report and Recommendation have been filed, "the district court need only satisfy itself that there is no clear error on the face of the record." *Estate of Ellington ex rel. Ellington v. Harbrew Imports Ltd.*, 812 F. Supp. 2d 186, 189 (E.D.N.Y. 2011) (quoting *Urena v. New York*, 160 F. Supp. 2d 606, 609–10 (S.D.N.Y. 2001)). The Court has reviewed the record and the Report and Recommendation for clear error and finding none, hereby adopts Magistrate Judge Bloom's Report and Recommendation in its entirety as the opinion of the Court. Accordingly, Plaintiff's motion to remand the case is GRANTED, and the case is REMANDED to the Supreme Court of the State of New York, Queens County. Plaintiff's motion for attorney's fees and costs is DENIED. Defendant's motion for sanctions is DENIED.

Dated: July 8, 2021  
       Brooklyn, New York

SO ORDERED:

/s/ LDH  
LASHANN DEARCY HALL  
United States District Judge